# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**EUGENE CUYPERS,**

       Plaintiff,

   v.

**LYNN M. DINGLE, ERIK SKON,
MARK THIELEN, and BARBARA
STOLTZ,**

       Defendants.

Civil No. 04-3906 (JRT/JGL)

**O R D E R**

---

Eugene Cuypers, Minnesota Correctional Facility, 5359 Osgood Avenue North, Stillwater, Minnesota 55082, *pro se* plaintiff.

---

Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated July 13, 2005; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation;

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Voluntary Withdrawal of Suit (Doc. No. 14) is **GRANTED**.

      This case is **DISMISSED WITHOUT PREJUDICE**.

Dated: August 2, 2005
at Minneapolis, Minnesota

                         s/John R. Tunheim
                         JOHN R. TUNHEIM
                    United States District Judge